**Dismissed and Opinion Filed April 26, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00246-CV**

**IN RE NORMAN JOSEPH LANDRY, Relator**

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-00932-2022**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Partida-Kipness

Before the Court are Norman Joseph Landry's March 21, 2022 "Motion for Writ of Habeas Corpus 13.102," and March 24, 2022 "Writ of Habeas Corpus Seeking Reversal of Extradition and Discharge from Custody." We construe these files as original petitions for writ of habeas corpus. In these petitions, Landry seeks to overturn the trial court's order denying Landry's application for writ of habeas corpus challenging his pending extradition to stand trial in Rhode Island. Relator also appealed the trial court's determination. That appeal is pending in this Court in *Ex parte Norman Joseph Landry*, Cause No. 05-22-00181-CR.

This Court does not have original jurisdiction to consider petitions seeking habeas relief generated in connection with criminal proceedings. *See* TEX. CODE

CRIM. PROC. art. 11.05; TEX. GOV'T CODE § 22.221(d); *In re Spriggs*, 528 S.W.3d 234, 236 (Tex. App.—Amarillo 2017, orig. proceeding); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam); *see also In re Thomas*, 05-14-01320-CV, 2014 WL 6546580, at *1 (Tex. App.—Dallas Oct. 23, 2014, orig. proceeding) (mem. op.). Accordingly, we dismiss the petitions for writ of habeas corpus for want of jurisdiction.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

220246F.P05